**REDLANDS SURGICAL SERVICES,**
**Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

**No. 99–71253.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 5, 2001

Filed March 15, 2001

Douglas M. Mancino, James L. Malone III, Robert C. Louthian III, McDermott, Will & Emery, Los Angeles, California, for the petitioner-appellant.

Paula M. Junghans, Acting Assistant Attorney General; Gary R. Allen, Teresa E. McLaughlin, United States Department of Justice, Washington, D.C., for the respondent-appellee.

Before: JAMES R. BROWNING, BRUNETTI and HAWKINS, Circuit Judges.

PER CURIAM:

We deny the petition for review on the grounds stated by the tax court in *Redlands Surgical Servs. v. C.I.R*, 113 T.C. 47, 1999 WL 513862 (1999). Specifically, we adopt the tax court's holding that appellant Redlands Surgical Services "has ceded effective control over the operations of the partnerships and the surgery center to private parties, conferring impermissible private benefit. [Redlands Surgical Services] is therefore not operated exclusively for exempt purposes within the meaning of § 501(c)(3), I.R.C.1986." *Id.* at 47. We also affirm the tax court's conclusion that the benefit conferred on private parties by the surgery center's operations prevents

Redlands Surgical Services from attaining tax exempt status under the integral part doctrine.

Petition for Review DENIED.